### 392.  MOORE *v.* THE STATE.

POWELL, J.  1. In passing upon a ground of a motion for a new trial, based upon alleged bias and expression of opinion by one of the jurors, before trial, as to the guilt of the accused, the trial judge occupies the place of a trior, and his finding that the juror was competent will not be reversed, unless a manifest abuse of discretion appears. *Hall* v. *State*, 124 *Ga.* 649, and cit. The case at bar is distinguished from that of *Glover* v. *State*, 128 *Ga.* 1, by reason of the fact that there was no counter-showing in that case.

2. The charge was fair and free from error. The evidence, though not direct, was sufficient to justify the conviction.          *Judgment affirmed.*

Accusation of riot, from city court of Griffin—Judge Hammond. March 13, 1907.

Submitted April 22,—Decided May 3, 1907.

*Robert T. Daniel,* for plaintiff in error.

*William H. Beck, solicitor,* contra.